UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Anthony Ray Jenkins, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 17-1908 (UNA) |
| | ) | |
| Donald J. Trump, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM OPINION

This matter is before the court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a case upon a determination that the complaint fails to state a claim upon which relief can be granted).

Plaintiff sues President Donald Trump for "a trillion dollar[s]," asserting: "You are not due process of law," and casting aspersions. Compl. at 2. Otherwise, plaintiff refers to adverse decisions rendered by courts in Kansas that have no apparent connection to President Trump. Because no claim has been stated against the sole defendant, and the alleged facts could never support such a claim, this case will be dismissed with prejudice. A separate order accompanies this Memorandum Opinion.

United States District Judge

DATE: October **17**, 2017